COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Devren Byerly v. The State of Texas

Appellate case number:    01-15-00038-CR

Trial court case number:  302287

Trial court:           County Court at Law No. 3 of Jefferson County

This case involves an appeal from a judgment of conviction for the misdemeanor offense of terroristic threat, signed by the trial court on November 10, 2014. *See* TEX. PENAL CODE ANN. § 22.07 (West 2011). Proceeding *pro se*, appellant timely filed his notice of appeal on December 10, 2014. *See* TEX. R. APP. P. 26.2. The record was due to be filed in the appellate court on January 9, 2015. *See* TEX. R. APP. P. 31.1. The clerk's record was filed on December 29, 2014. The reporter's record has not been filed.

On February 5, 2015, the Clerk of this Court notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not made arrangements to pay for the record and this Court's records indicated that appellant is not appealing as an indigent.[1] *See* TEX. R. APP. P. 35.3. The Clerk further notified appellant that unless he caused the reporter's record to be filed in this Court, made arrangements to pay for the reporter's record, or provided proof that he is entitled to proceed without payment of costs by March 9, 2015, the Court might consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Our records indicate that appellant is not appealing as an indigent. Appellant has not provided the Court with evidence showing that he has paid or made arrangements to pay the court reporter or caused a complete reporter's record to be filed in the Court. Accordingly, the Court will consider the appeal on the record filed in this Court.

Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 31.1.

---

[1] The court reporter notified the Court that appellant had informed her "that he no longer wishes to pursue his appeal." Appellant, however, has not filed a motion to dismiss his appeal in this Court or otherwise indicated to the Court that he does not wish to pursue his appeal.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd

        ☑ Acting individually     ☐ Acting for the Court

Date: August 11, 2015